2/2/15

To: Judge LittleJohn

Court of Appeals

Re: Court Of Appeals Number 04-14-00785-cv

Trial Court Case Number :2011-CI-15957

*Style Maryann Castro*

Vs

*Manuel Castro*

Now Here Comes Appellant Maryann Castro

**Motion to Relief Copy Of Fraud Agreement for Final Divorce signed 10/30/2013,Signed By Judge Canales / Final Divorce Decree Dated 10/03/2014 Counsel Joseph Appelt/Appellee Manuel Castro Hid Martial Asset Keough Plan Pension**

Appellee Manuel Castro hid the Martial Asset Keough Plan Pension, on the day of Agreement for Final Divorce signed by Judge Canales if you read it Counsel Joesph Appelt took part of this injustice.

See Copy of Final Divorce Decree Signed By Judge Janet Little John 10/03/2014

Appellee Manuel Castro committed fraud in hiding the Keough Plan Pension, to hurt Appellant MaryAnn Castro.

Appellant Maryann Castro is seeking monetary damages due to fraud, to hurt Appellant Maryann Castro causing extreme stress, financial hardship, fraud in the Community overvalue martial Property 350,000 to gain 40,000 fraud equity, Hiding Martial Asset Keough Plan Pension.

Appellant Maryann Castro prays for the Court to award her spousal maintence, and relief

Respectfully    Sent 2/2/15

Maryann Castro – Appellant pro se    830-496-0133

1501 Olive

Jourdanton Texas 78026

Pacattitude2014@gmail.com

*I'm not signing this Fraud agreement – Request Trial*

NO. 2011 CI 15957

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § | IN THE DISTRICT COURT |
| | § | |
| MANUEL G. CASTRO | § | |
| AND | § | 45TH JUDICIAL DISTRICT |
| MARY ANN CASTRO | § | |
| | § | BEXAR COUNTY, TEXAS |

## FINAL DECREE OF DIVORCE

On October 30, 2013 the Court heard this case.

*Appearances*

Petitioner, MANUEL G. CASTRO, appeared in person and through attorney of record, JOSEPH P. APPELT, and announced ready for trial.

Respondent, MARY ANN CASTRO, appeared in person and through attorney of record, DINORAH M. DIAZ, and announced ready for trial.

Third party Respondent, TINA PACHECO, appeared in person and announced ready for trial. *Committed fraud on the martial property – The girl friend who (Lets suit) !!*

*Record*

The making of a record of testimony was waived by the parties with the consent of the Court. *I didn't wave record of testimony,*

*Jurisdiction and Domicile*

The Court finds that the pleadings of Petitioner are in due form and contain all the allegations, information, and prerequisites required by law. The Court, after receiving evidence, *→ False* finds that it has jurisdiction of this case and of all the parties and that at least sixty days have elapsed since the date the suit was filed. *Attorney Diaz refused to correct her error*

The Court further finds that, at the time this suit was filed, Petitioner had been a

interest, and claim in and to that property:

H-1. All household furniture, furnishings, fixtures, goods, art objects, collectibles, appliances, and equipment in the possession of the husband or subject to his sole control.

H-2. All clothing, jewelry, and other personal effects in the possession of the husband or subject to his sole control.

H-3. All sums of cash in the possession of the husband or subject to his sole control, including funds on deposit, together with accrued but unpaid interest, in banks, savings institutions, or other financial institutions, which accounts stand in the husband's sole name or from which the husband has the sole right to withdraw funds or which are subject to the husband's sole control.

H-4. All sums, whether matured or unmatured, accrued or unaccrued, vested or otherwise, together with all increases thereof, the proceeds therefrom, and any other rights related to any profit-sharing plan, retirement plan, Keogh plan, pension plan, employee stock option plan, 401(k) plan, employee savings plan, accrued unpaid bonuses, disability plan, or other benefits existing by reason of the husband's past, present, or future employment.

*I do Not agree the agreement is fraud*

H-5. All individual retirement accounts, simplified employee pensions, annuities, and variable annuity life insurance benefits in the husband's name.

H-6. The 1999 Subaru motor vehicle, together with all prepaid insurance, keys, and title documents.

*He bought with foreclosure money, his Attorney lied Said I committed fraud*

Property to Wife

IT IS ORDERED AND DECREED that the wife, MARY ANN CASTRO, is awarded the following as her sole and separate property, and the husband is divested of all right, title, interest, and claim in and to that property:

3

same date, but signed on ___October 3, 2014___.

_Janet Littlejohn_
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

Joseph P. Appelt, P.C.
Attorney at Law
5825 Callaghan Rd. Ste. 104
San Antonio, TX 78228
Tel: (210) 375-1212
Fax: (210) 375-1213

By: _____
JOSEPH P. APPELT
Attorney for Petitioner
State Bar No. 00789809

M. Dinorah Diaz
Attorney at Law
2325 Vance Jackson
San Antonio, Texas 78213
Tel: (210) 341-3488
Fax: (210) 341-3762

By: _____
~~DINORAH M. DIAZ~~ Sarah Anne Lishman
Attorney for Respondent
State Bar No. ~~05804750~~
240 86 267

APPROVED AND CONSENTED TO AS TO BOTH FORM AND SUBSTANCE:

_____
Petitioner

_____
Respondent

*Handwritten annotations:* LAWSUIT CASTRO Appelt Pacheco Dinorah DIAZ

The Law Offices of Jamie L. Graham
Tel.: (210) 308-6448

I'm not signing LAWSUIT LAWSUIT Trial

1/31/15 Total pages 3

To: Judge LittleJohn

Court Of Appeals

Fourth Court Of Appeals District

Cadena Reeves Justice Center

300 Dolorosa, Suite 3200

San Antonio, Texas 78205-3037

RE: *Court Of Appeals Number 04-14-00785-cv*

Trial Court Case Number: 2011-CI-15957

Style Maryann Castro

    Vs

    Manuel Castro


Comes now Appellant Maryann Castro, Pro Se
        contest on
Motion  TO VACATE(MOOT)AGREEMENT FOR FINAL DIVORCE AGREEMENT SIGNED BY JUDGE CANALES
CONTAINING FRAUD MALPRACTICE COMMITED BY COUNSEL PROCESSING A DIVORCE WHILE IN
ACTIVE BANKRUTPCY STAY WAS NOT LIFTED/FRAUD ON THE COMMUNINTY/DISCRIMINATION OF A
DISABLED SPOUSE/THIRD PARTY NON-SPOUSE INTERVENING WITH THE CONSIPRACY TO COMIT
FRAUD ON THE COMMUNITY USING A COMPARATIVE MARKET ANALYSIS TO GAIN FRAUD EQUITY OF
FOURTY THOUSAND DOLLARS,OVERVALUING THE MARTIAL HOME USING A REALTORS OPINION
OVERVALUE THE COMMUNITY AT 351,000.

Appellant  Maryann Castro, has evidence and is asking the court to proceed, in Equal Rights and
Justice for all, in these facts.

Appellant  Maryann Castro prays for the Court to do Justice.
      Type error
Appellant Maryann Castro, Appellee Manuel Castro, took part.

Appellee Manuel Castro, Counsel Joseph Appelt took part by processing a divorce, while in Active
Bankruptcy.

Appellee Manuel Castro, Mistress Christina Pacheco took part of Conspiracy to Commit Fraud, on the Community, Overvalue the Martial Home at 351,000 to gain fraud equity of 40,000,turning in a Comparative Market Analysis-Realtors Opinion. States on the Document not to be used as Appraisal.

Appellant Maryann Castro has a Certified Appraisal, the Community value is 220,000.Appellee Manuel Castro, allowed his Mistress Christina Pacheco, to Commit Fraud on the Community, to hurt Appellant Maryann Castro.

Appellant Maryann Castro, is seeking Justice.

Appellant Maryann Castro is seeking Damages, due to Fraud, Stress, and Financial Hardship, caused by Appellee Manuel Castro, Counsel Joseph Appelt, and Mistress Christina Pacheco.

*Appellant Maryann Castro seeking Damages from Appellee Manuel Castro Mistress Christina Pacheco* continued harassment.

Appellant Maryann Castro is praying the Court to Award her Damages, for the injustice she has Suffered for it was Appellee Manuel Castro who Committed Adultery ,Fraud on the Community.

The Following Witness Appellant Maryann Castro asking the Court to Provide.

Attorney Brian Powers-Proof Christina Pacheco has been harassing Appellant Maryann Castro

Attorney Jaime Graham, -Proof Attorney Joseph Appelt and Dinorah Diaz Committed a Malpractice, processing a Divorce in Active Bankruptcy.

Attorney Dinorah Diaz-Proof Christina Pacheco, committed fraud, on the Community turned in a Comparative Market Analysis-Realtors Opinion overvalue the Martial Property at 351,000.

Leila Silva-Proof of Affair Appellee Manuel Castro has been carrying on Affair with Christina Pacheco or about 7/2011 live together with her about 10/2011.

Rudy Pacheco-The husband of Christina Pacheco at the time Affair began with Appellee Manuel Castro on or about 7/2011 Appellee Manuel Castro Contacted the husband of Mistress Christina Pacheco.

Attorney Matthew Obremier, witness Community was in foreclosure on 1/06/2015, and is owed a substantial amount due to non-payment of mortgage by Appellee Manuel Castro.

In Closing, Appellant Maryann Castro is seeking damages, Attorney fees, debts incurred in the marriage, and Spousal Maintence, Johnson Control Retirement fund 11,000.And San Miguel Plant in Christine Retirement, Appellee Manuel Castro hid from Appellant Maryann Castro at the Time of Final Agreement for Divorce sign Oct 30, 2013.

Appellant Maryann Castro prays for Justice.

Respectfully

Maryann Castro-Appellant pro-se

1501 OLIVE

Jourdanton Texas,78026

Pacattitude2014@gmail.com

830-496-0133

| WEV | EVERGREEN WATER DIST | 0.005300 | $214,580 | $189,580 | $10.05 |
|---|---|---|---|---|---|
| | * Total Tax Rate: | 1.614500 | | | |

| | | |
|---|---|---|
| | Taxes w/Current Exemptions: | $950.20 |
| | Taxes w/o Exemptions: | $3,464.39 |

## Improvement / Building

| Improvement #1: | Residential | State Code: | A1 | Living Area: | 2404.0 sqft | Value: $159,770 |
|---|---|---|---|---|---|---|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| MA | MAIN AREA | -M6 | BR | 2005 | 2404.0 |
| OP | OPEN PORCH | * | | 2005 | 250.0 |
| OP | OPEN PORCH | * | | 2005 | 60.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | RA | RURAL ACREAGE | 9.4500 | 411642.00 | 0.00 | 0.00 | $54,810 | $0 |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2015 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2014 | $159,770 | $54,810 | 0 | 214,580 | $0 | $214,580 |
| 2013 | $186,490 | $54,810 | 0 | 241,300 | $0 | $241,300 |
| 2012 | $186,490 | $44,890 | 0 | 231,380 | $0 | $231,380 |
| 2011 | $190,420 | $44,890 | 0 | 235,310 | $0 | $235,310 |
| 2010 | $190,420 | $44,890 | 0 | 235,310 | $0 | $235,310 |
| 2009 | $192,390 | $50,090 | 0 | 242,480 | $25,700 | $216,780 |
| 2008 | $244,720 | $50,090 | 0 | 294,810 | $78,030 | $216,780 |
| 2007 | $161,040 | $50,090 | 0 | 211,130 | $14,060 | $197,070 |
| 2006 | $163,080 | $16,070 | 0 | 179,150 | $0 | $179,150 |
| 2005 | $0 | $15,260 | 0 | 15,260 | $0 | $15,260 |
| 2004 | $0 | $15,260 | 0 | 15,260 | $0 | $15,260 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/25/2000 | OT | OWELTY DEED | PERKS THOMAS F & LOLA M | CASTRO MANUEL & MARYANN | 152 | 442 | 0 |

Questions Please Call (830) 742-3591

**CERTIFIED MAIL**

Maryann C.
1501 Olive
Jourdanton
78026

7014 1820 0001 9343 8142

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 FEB -3 PM 1:21
K. M. E. Hogan

attn: Clerk
Judge LittleJohn

SAN ANTONIO TX 782
CM
FEB 2
2015

Court of Appeals
Fourth Court of Appeals
Cadena Reeves Justice District
Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037

UNITED STATES
POSTAL SERVICE

1000                78205